1 Adam P. Segal Esq., Nevada Bar No. 6120
2 Christopher M. Humes Esq., Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
3 100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
4 Telephone: 702.382.2101
Facsimile: 702.382.8135
5 Email: asegal@bhfs.com
Email: chumes@bhfs.com
6

7 *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,, <br><br> Plaintiffs, <br><br> v. <br><br> SECURITY PAVING COMPANY, INC., a California corporation, <br><br> Defendant. | CASE NO.: <br><br><br><br> **COMPLAINT** |

Plaintiffs allege:

1. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1500 and the Court has original jurisdiction pursuant to 29 U.S.C. § 1132(e). Venue is proper pursuant to 29 U.S.C. § 1132(e)(2).

2. The Plaintiffs are the Boards of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Construction Industry and Laborers Joint Pension Trust, the

20275078                                                        1

1  Construction Industry and Laborers Vacation Trust, the Southern Nevada Laborers Local 872
2  Training Trust (collectively referred to as "Trust Funds") and are fiduciaries for purposes of
3  ERISA.

4  3.  Security Paving Company, Inc., a Calfornia corporation, acted as an employer
5  within the State of Nevada employing persons ("Covered Employees") who perform work
6  covered by a collective bargaining agreement ("CBA") between Southwestern and the
7  Construction Industry and Laborers Union Local 872.

8  4.  The CBA requires Security Paving to make employee benefit contributions to the
9  Trust Funds on behalf of its Covered Employees.

10  5.  The Trust Funds are ERISA employee benefit trust funds that provide benefits to
11  Covered Employees.

12  6.  The Trust Funds are established by Trust Agreements ("Trust Agreements").

13  7.  The CBA, the Trust Agreement, and 29 U.S.C. § 1145 require each employer,
14  including Security Paving, to make timely contributions to the Trust Funds on behalf of each
15  employee who performs work covered by the CBA.

16  8.  The CBA, the Trust Agreement, and 29 U.S.C. § 1132(g) provide for assessment
17  of audit fees, court costs, expenses, interest, attorneys' fees and liquidated damages against an
18  employer in the event the employer defaults in making payments to the Trust Funds and legal
19  proceedings are required to recover such payments.

## SOLE CLAIM FOR RELIEF

ERISA Delinquent Contributions – 29 U.S.C. § 1145.

22  9.  Paragraphs 1 through 8 are restated and incorporated by reference.

23  10.  Security Paving has failed to meet its obligations to remit employee benefit
24  contributions to the Trust Funds as set forth in the CBA and Trust Agreements, and as required by
25  29 U.S.C. § 1145.

26  11.  As a result of its delinquency, Security Paving is liable to the Trust Funds for
27  unpaid contributions, interest, liquidated damages, audit fees and attorneys' fees, as provided by
28  29 U.S.C. § 1132(g), the CBAs, Trust Agreements and applicable Collection Policy.

20275078                                                   2

WHEREFORE, Plaintiffs pray for relief as follows:

1. A judgment against Security Paving, for damages, including delinquent employee benefit contributions, interest, liquidated damages, and attorneys' fees and costs;

2. For other equitable relief as provided by ERISA; and

3. For such other and further relief as the Court deems proper.

Dated: February 7, 2020.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

20275078

3